# EXHIBIT A

# Supreme Court of Pennsylvania
## Court of Common Pleas
### Civil Cover Sheet

County: Lackawanna

**For Prothonotary Use Only:**
Docket No: 25 CV 4737

RECEIVED JUL 4 2025 BY: ___

*The information collected on this form is used solely for court administration purposes. This form does not supplement or replace the filing and service of pleadings or other papers as required by law or rules of court.*

## SECTION A

**Commencement of Action:**
- [X] Complaint
- [ ] Writ of Summons
- [ ] Transfer from Another Jurisdiction
- [ ] Petition
- [ ] Declaration of Taking

**Lead Plaintiff's Name:** Debra Belton

**Lead Defendant's Name:** Interstate Realty Management Co. DBA Five Micaels Dryve Apartments

**Are money damages requested?** [X] Yes [ ] No

**Dollar Amount Requested:** (check one) [ ] within arbitration limits [X] outside arbitration limits

**Is this a Class Action Suit?** [ ] Yes [X] No

**Is this an MDJ Appeal?** [ ] Yes [X] No

**Name of Plaintiff/Appellant's Attorney:** Joseph S. Toczydlowski, Jr., Esq.

[ ] Check here if you have no attorney (are a Self-Represented [Pro Se] Litigant)

**Nature of the Case:** Place an "X" to the left of the ONE case category that most accurately describes your PRIMARY CASE. If you are making more than one type of claim, check the one that you consider most important.

## SECTION B

**TORT** (do not include Mass Tort)
- [ ] Intentional
- [ ] Malicious Prosecution
- [ ] Motor Vehicle
- [ ] Nuisance
- [X] Premises Liability
- [ ] Product Liability (does not include mass tort)
- [ ] Slander/Libel/Defamation
- [ ] Other: ___

**MASS TORT**
- [ ] Asbestos
- [ ] Tobacco
- [ ] Toxic Tort - DES
- [ ] Toxic Tort - Implant
- [ ] Toxic Waste
- [ ] Other: ___

**PROFESSIONAL LIABLITY**
- [ ] Dental
- [ ] Legal
- [ ] Medical
- [ ] Other Professional: ___

**CONTRACT** (do not include Judgments)
- [ ] Buyer Plaintiff
- [ ] Debt Collection: Credit Card
- [ ] Debt Collection: Other
- [ ] Employment Dispute: Discrimination
- [ ] Employment Dispute: Other
- [ ] Other: ___

**REAL PROPERTY**
- [ ] Ejectment
- [ ] Eminent Domain/Condemnation
- [ ] Ground Rent
- [ ] Landlord/Tenant Dispute
- [ ] Mortgage Foreclosure: Residential
- [ ] Mortgage Foreclosure: Commercial
- [ ] Partition
- [ ] Quiet Title
- [ ] Other: ___

**CIVIL APPEALS**
Administrative Agencies
- [ ] Board of Assessment
- [ ] Board of Elections
- [ ] Dept. of Transportation
- [ ] Statutory Appeal: Other
- [ ] Zoning Board
- [ ] Other: ___

**MISCELLANEOUS**
- [ ] Common Law/Statutory Arbitration
- [ ] Declaratory Judgment
- [ ] Mandamus
- [ ] Non-Domestic Relations Restraining Order
- [ ] Quo Warranto
- [ ] Replevin
- [ ] Other: ___

Updated 1/1/2011

# TOCZYDLOWSKI LAW OFFICE

Joseph S. Toczydlowski, Jr., Esquire
Attorney Id. No. 77583
Stephanie M. Sebastianelli, Esquire
Attorney Id. 58308

**Law Office:**
**723 North Main Street**
**Archbald, Pennsylvania 18403**
**Telephone: 570.876.3779**
**Facsimile: 570.876.6636**



| | |
|---|---|
| DEBRA BELTON | IN THE COURT OF COMMON PLEAS OF LACKAWANNA COUNTY, PA |
| Plaintiff | |
| v. | CIVIL ACTION – LAW<br>JURY TRIAL DEMANDED |
| INTERSTATE REALTY MANAGEMENT CO DBA THE MICHEALS ORGANIZATION | No. |
| Defendant | |

## NOTICE TO PLEAD

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

Pennsylvania Bar Association Lawyer Referral Service
100 South Street, P.O. Box 186
Harrisburg, PA 17108
Telephone: 1-800-692-7375

# TOCZYDLOWSKI LAW OFFICE

Joseph S. Toczydlowski, Jr., Esquire
Attorney Id. No. 77583
Stephanie M. Sebastianelli, Esquire
Attorney Id. 58308

**Law Office:**
**723 North Main Street**
**Archbald, Pennsylvania 18403**
**Telephone: 570.876.3779**
**Facsimile: 570.876.6636**



| | |
|---|---|
| DEBRA BELTON | IN THE COURT OF COMMON PLEAS OF LACKAWANNA COUNTY, PA |
| Plaintiff | |
| v. | CIVIL ACTION – LAW<br>JURY TRIAL DEMANDED |
| INTERSTATE REALTY MANAGEMENT CO DBA THE MICHEALS ORGANIZATION | No. |
| Defendant | |

## CIVIL COMPLAINT

The Plaintiff, Debra Belton, by and through her counsel, Joseph S. Toczydlowski, Jr., of the Toczydlowski Law Office, files this Complaint against the Defendant, Interstate Realty Management Co. DBA The Micheals Organization and avers as follows:

1. The Plaintiff, Debra Belton, is an adult individual residing at 132 Melrose Avenue, Massapequa, New York 11758.

2. The Defendant, Interstate Realty Management Co., DBA The Micheals Organization, is a business with its corporate office located at 2 Cooper St., Camden, New Jersey 08102.

3. At all material times, the Defendants had under their care, supervision, control and maintenance and/or were responsible for the care supervision, control and/or maintenance of the apartments and surrounding real estate, known as Village Park Apartments, Scranton, Pennsylvania 18508, including sidewalks and stairways.

4. On or about August 25, 2024, the Defendants had under their care, supervision, control and maintenance and/or were responsible for the care supervision, control

and/or maintenance of the property, including sidewalks and stairways that the Plaintiff used while visiting her daughter, a tenant at Village Park Apartments, Unit 507, Scranton, Pennsylvania 18508.

5. On or about August 25, 2024, the Plaintiff, Debra Belton, was a business invitee of a tenant who paid rent to and had a lease with Interstate Realty Management Co., DBA as the Micheals Organization, known as Village Park Apartments, Scranton, Pennsylvania 18508.

6. On or about August 25, 2024, the Plaintiff was exiting her daughter's apartment, attempting to navigate the concrete stairway as she tripped and fell on a step that was cracked, broken, deteriorating, uneven and unmarked, making the condition of the defective step difficult to identify.

7. The Plaintiff fell forward and suffered serious, permanent injuries including, but not limited to, a moderate grade injury of the anterior talofibular ligament (ATFL), the calcaneofibular ligament (CFL), and the posterior talofibular ligament (PTFL) to her right ankle.

## COUNT I - NEGLIGENCE

8. The Plaintiff incorporates by reference all preceding paragraphs 1-7 as if fully set forth at length herein.

9. On August 25, 2024, the Plaintiff, Debra Belton, fell when she was exiting her daughter's apartment and tripped on a cracked, broken, and deteriorating concrete step which Defendants had carelessly and negligently permitted to exist.

10. By failing to fix and/or adequately alert Plaintiff to the cracked and deteriorating condition of the concrete steps, Defendants breached their duty and responsibility to maintain the premises in a reasonably safe condition, which caused Plaintiff to misjudge the elevation of the concrete step causing her to fall.

11. The negligence, carelessness and recklessness of Defendants, and each of them, consisted, inter alia, of the following:

   a. causing and/or permitting the aforesaid area to become and remain defective and unsafe;
   b. failing to properly and adequately maintain the aforesaid premises;

    c. failing to properly and adequately warn the Plaintiff;
    d. failing to properly and adequately inspect the aforesaid area to ascertain the existence of defects and unsafe conditions thereon;
    e. causing and/or permitting unsafe conditions and other defects to become and remain in the aforesaid area;
    f. failing to properly and adequately correct the defect and unsafe conditions of the area;
    g. failing to use due care under the circumstances;
    h. failing to properly maintain the floor way;
    i. failing to properly inspect and remedy the dangerous and hazardous condition;
    j. failing to restrict other invitees and Plaintiff, in particular, from unsafe areas;
    k. failing to employ competent individuals;
    l. failing to police and monitor the floor way;
    m. allowing the Plaintiff to enter an area of danger;
    n. allowing uneven surfaces to become and remain on the floor way;
    o. permitting hazardous and dangerous conditions to exist and remain in and on the area where plaintiff fell of which the defendants knew or should have known;
    p. failure to warn;
    q. failing to properly design the subject premises;

12. At all material times, the steps where Plaintiff fell were under the care, supervision, control and maintenance of the Defendants.

13. At all material times, the Defendants:
    a. knew or should have known of the existence of the dangerous condition and should have realized that it involved an unreasonable risk of harm;
    b. should have expected that the Plaintiff would not discover or realize the danger, or would fail to protect herself against it; and
    c. failed to exercise reasonable care to protect the Plaintiff against the danger.

14. The Defendants had notice, either actual or constructive, of the existence of the aforesaid dangerous condition.

15. As a result of the aforesaid carelessness, recklessness and negligence of the Defendants allowing the unmarked, dangerous step/elevation change, the Plaintiff fell to the ground and suffered serious injuries, including, but not limited to: right ankle pain, contusion to the right ankle, injury of the anterior talofibular ligament, calcaneofibular ligament, and posterior talofibular ligament, and tenosynovitis.

16. Solely as a result of the of the carelessness, recklessness, and negligence of Defendants, the Plaintiff has been obliged to receive medical attention and care and to expend various sums of money for injuries she suffered, and she may be obliged to continue to expend such sums for an indefinite period of time in the future.

17. As a result of her injuries, the Plaintiff has also sustained a permanent diminution in her ability to enjoy life and life's pleasures, in that she is unable to engage in many of the activities she engaged in prior to the accident.

18. As a result of her injuries, the Plaintiff has also sustained a permanent diminution in her earning capacity, in that she is unable to engage in employment she engaged in prior to the accident.

19. As a further result of the aforesaid injuries, the Plaintiff, Debra Belton, has endured pain and suffering and the effects of her injuries and trauma are likely to cause pain, stiffness, soreness, limitation, humiliation and embarrassment for an indefinite period of time into the future.

**WHEREFORE**, the Plaintiff, Debra Belton, requests damages be entered in her favor and against the Defendants in an amount in excess of the jurisdictional arbitration limit of $50,000.00.

Respectfully submitted,
**TOCZYDLOWSKI LAW OFFICE**

**Joseph S. Toczydlowski, Jr., Esquire**
Attorney Id. No. 77583
723 North Main Street
Archbald, PA 18403
Telephone: 570.876.3779
Facsimile: 570.876.6636
Attorney for Plaintiff, Debra Belton

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy if the United Judicial System of Pennsylvania: Case Records of the Appellate and trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

8/19/25
**Date**

TOCZYDLOWSKI LAW OFFICE

Joseph S. Toczydlowski, Jr., Esquire
Attorney Id. No. 77583
723 North Main Street
Archbald, PA 18403
Telephone: 570.876.3779
Facsimile: 570.876.6636

## VERIFICATION

I, Debra Belton, verify that the statements made in the within Complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements made herein are subject to the penalties of 18 Pa. C.S.A. §4904 relating to unsworn falsification to authorities.

_5/29/25_
**Date**

_Debra Belton_
**Debra Belton**