**EXHIBIT B**

```
10255708042025           Lackawanna County Clerk/Judicial Records              Page     1
     PYSPRT                    Civil Case Detail Report                       8/04/2025
```

Case No........... 2025-04737   BELTON (vs) INTERSTATE

```
Reference No......                                       Filed..........   6/25/2025
Case Type......... TORT - PREMISES LIABIL               Time...........       11:11
Judgment..........                     $.00             Execution Date.   0/00/0000
Judge Assigned....                                      Jury Trial.....
Disposed Desc.....                                      Disposed Date..   0/00/0000
----------- Case Comments ------------                  Higher Crt 1...
                                                        Higher Crt 2...
```

*************************************************************************************
                              ++ GENERAL INDEX ++
**Indexed Party**                                        **Attorney Info**
BELTON DEBRA                        PLAINTIFF           TOCZYDLOWSKI JOSEPH S JR
  MASSAPEQUA, NY 11758                                    723 NORTH MAIN ST
                                                          ARCHBALD, PA  18403

INTERSTATE REALTY MANAGEMENT        DEFENDANT
CO
  CAMDEN, NJ 08102

THE MICHEALS ORGANIZATION           DEFENDANT
  CAMDEN, NJ 08102

*************************************************************************************
                              ++ DOCKET ENTRIES ++
   **Date**         **Entry Text**
                - - - - - - - - - - - -   FIRST ENTRY   - - - - - - - - - - - - - -
  6/25/2025     CIVIL COMPLAINT AND CERTIFICATE OF COMPLIANCE FILED.
                                8 Image page(s) exists for this entry
                ---------------------------------------------------------------------
  7/31/2025     SHERIFF'S RETURN: COMPLAINT UPON INTERSTATE REALTY MGT CO  BY (US
                CERTIFIED MAIL) ON 7/7/25 BY LACK CTY
                - - - - - - - - - - - - -  LAST ENTRY   - - - - - - - - - - - - - -

*************************************************************************************
                              ++ Escrow Information ++
**Cost / Fee**       **Beg. Balance**       **Pymts/Adjmts**       **End. Balance**
TAX ON CMPLT              $.50                    $.50                   $.00
PAF                      $5.00                   $5.00                   $.00
JCS/ATJ                 $40.25                  $40.25                   $.00
COMPUTER FEE             $5.00                   $5.00                   $.00
PAF/JCS                  $1.00                   $1.00                   $.00
COMPLAINT CIVIL        $152.75                 $152.75                   $.00
                     ------------            ------------            ------------
                       $204.50                 $204.50                   $.00

*************************************************************************************
                            End of Case Information
```