IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBRA BELTON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 3:25-cv-01448-JFS |
| | : | |
| INTERSTATE REALTY MANAGEMENT CO. d/b/a THE MICHAELS ORGANIZATION, | : : : | |
| | : | |
| Defendant. | : | |

**ANSWER AND AFFIRMATIVE DEFENSES**

Defendant, Michaels Management-Affordable, LLC (formerly known as Interstate Realty Management Co. d/b/a The Michaels Organization) (hereinafter "Defendant" or "MMA"), by and through its undersigned counsel, hereby answers the Complaint filed by Plaintiff Debra Belton ("Plaintiff") and asserts Affirmative Defenses as follows:

1. Denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this Paragraph and same are denied.

2. Denied as stated. In or around April 2019, Interstate Realty Management Co. underwent reorganization and the merged/surviving entity is MMA, which is a New Jersey limited liability company with its principal place of business at 2 Cooper Street, Camden, New Jersey 08102.

3. Denied. The averments of this Paragraph constitute conclusions of law

to which no response is required and same are denied.

4. Denied. The averments of this Paragraph constitute conclusions of law to which no response is required and same are denied. By way of further answer, Defendant is without knowledge or information sufficient to form a belief as to what sidewalks and stairways Plaintiff used while visiting her daughter and said averments are denied.

5. Denied. The averments of this Paragraph constitute conclusions of law to which no response is required and same are denied.

6. Denied. To the extent the averments of this Paragraph constitute conclusions of law, no response is required and same are denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of this Paragraph and same are denied.

7. Denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this Paragraph and same are denied.

## COUNT I - NEGLIGENCE

8. Defendant incorporates by reference its answers to the preceding paragraphs as if same were set forth at length herein.

9. Denied. To the extent the averments of this Paragraph constitute conclusions of law, no response is required and same are denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the

remaining averments of this Paragraph and same are denied.

10. Denied. To the extent the averments of this Paragraph constitute conclusions of law, no response is required and same are denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of this Paragraph and same are denied.

11. (a) through (q). Denied. The averments of this Paragraph and each of its subparagraphs constitute conclusions of law to which no response is required and same are denied. To the extent any further response is required, the averments of this Paragraph and each of its subparagraphs are denied.

12. Denied. The averments of this Paragraph constitute conclusions of law to which no response is required and same are denied.

13. (a) through (c). Denied. The averments of this Paragraph and each of its subparagraphs constitute conclusions of law to which no response is required and same are denied. To the extent any further response is required, the averments of this Paragraph and each of its subparagraphs are denied.

14. Denied. The averments of this Paragraph constitute conclusions of law to which no response is required and same are denied. To the extent any further response is required, the averments of this Paragraph are denied.

15. Denied. To the extent the averments of this Paragraph constitute conclusions of law, no response is required and same are denied. Defendant is

without knowledge or information sufficient to form a belief as to the truth of the remaining averments of this Paragraph and same are denied. To the extent any further response is required, the averments of this Paragraph are denied.

16. Denied. To the extent the averments of this Paragraph constitute conclusions of law, no response is required and same are denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of this Paragraph and same are denied. To the extent any further response is required, the averments of this Paragraph are denied.

17. Denied. To the extent the averments of this Paragraph constitute conclusions of law, no response is required and same are denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of this Paragraph and same are denied. To the extent any further response is required, the averments of this Paragraph are denied.

18. Denied. To the extent the averments of this Paragraph constitute conclusions of law, no response is required and same are denied. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of this Paragraph and same are denied. To the extent any further response is required, the averments of this Paragraph are denied.

19. Denied. To the extent the averments of this Paragraph constitute conclusions of law, no response is required and same are denied. Defendant is

without knowledge or information sufficient to form a belief as to the truth of the remaining averments of this Paragraph and same are denied. To the extent any further response is required, the averments of this Paragraph are denied.

WHEREFORE, Defendant demands that judgment be entered in its favor and against Plaintiff and that the Complaint be dismissed with prejudice, and that it be afforded all such other and further relief as the Court deems just and appropriate.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are, or may be, barred by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred and/or reduced by her failure to take reasonable precautions for her own safety and otherwise failing to take reasonable actions to avoid, minimize, or mitigate her alleged damages.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff failed to exercise that degree of care and caution which she should have exercised under the existing circumstances and the claims presented by Plaintiff in the Complaint are, therefore, barred and/or diminished by Plaintiff's contributory and/or comparative negligence.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff assumed the risk of all the dangers and injuries intended upon the activity upon which she was engaged at the time of the alleged accident and is therefore barred from recovering on the claim asserted.

## SIXTH AFFIRMATIVE DEFENSE

All the damages and risks incident to the alleged accident were open, obvious ,and apparent, and where known and assumed by Plaintiff. In assuming these risks attendant with her conduct, Plaintiff failed to act as a reasonable and prudent person with regard to her own safety and well-being.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred and/or diminished by application of the doctrines of laches, waiver, release, and/or estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

Defendant did not breach any legal duty owed to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

If Plaintiff suffered any injuries/damages as alleged, they were caused solely and primarily by the carelessness, recklessness and/or negligence of third-parties both unknown to Defendant and over whom Defendant had no control and Plaintiff's claims are therefore partially and/or completely barred.

### TENTH AFFIRMATIVE DEFENSE

Plaintiff's injuries, if any, occurred as a result of intervening and/or supervening causes, and any act or omission on the part of Defendant was not the proximate and/or substantial contributing producing cause of such alleged injuries and/or damages.

### ELEVENTH AFFIRMATIVE DEFENSE

Any injury, loss and damage allegedly sustained by Plaintiff was the result of accident, injuries, or illnesses which occurred prior to and/or subsequent to the incident at issue or otherwise were idiosyncratic in nature.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff's injuries, if any, were caused by conduct or conditions over which Defendant had no control.

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendant did not have actual or constructive notice of the alleged defective condition which caused and/or contributed to the happening of the accident.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendant did not create or allow creation or continuance of any defective condition of the area of the accident of which they had notice or control.

### FIFTEENTH AFFIRMATIVE DEFENSE

The conditions which Plaintiff contents caused her to fall, if in fact they

existed, were not present for a sufficiently long period of time for Defendant to become aware of same.

## SIXTEENTH AFFIRMATIVE DEFENSE

Defendant is entitled to a set-off and/or reduction in any verdict and/or judgment rendered in this action in an amount equivalent to collateral benefits and/or settlement monies paid to, or on behalf of, the Plaintiff in this or any other action filed, or claims asserted, as a result of this alleged accident.

## SEVENTEENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to assert additional defenses as they become necessary and/or available during the course of this action up to, and including, the time of trial.

WHEREFORE, Defendant demands that judgment be entered in its favor and against Plaintiff and that the Complaint be dismissed with prejudice, and that it be afforded all such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Sara Anderson Frey*
Sara Anderson Frey (PA 82835)
1717 Arch Street, Suite 610
Philadelphia, PA 19103
215-717-4009
sfrey@grsm.com
*Attorneys for Defendant*

Date: August 14, 2025

## CERTIFICATE OF SERVICE

I, Sara Anderson Frey, hereby certify that on August 14, 2025, a true and correct copy of the foregoing Answer and Affirmative Defenses was served upon all counsel of record via the Court's electronic filing system.

*/s/ Sara Anderson Frey*
Sara Anderson Frey
