IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DEBRA BELTON

v.

JURY TRIAL DEMANDED
DOCKET #: 3:25-cv-01448-JFS

INTERSTATE REALTY MANAGEMENT CO.
DBA THE MICHAELS ORGANIZATION

### PLAINTIFF'S ANSWER TO AFFIRMATIVE DEFENSES

AND NOW COMES, Plaintiff, Debra Belton, by and through her counsel, the Toczydlowski Law Office, and responds to Defendant's affirmative defenses as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff denies Defendant's first affirmative defense because it is an unsubstantiated conclusion of law.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff denies Defendant's second affirmative defense because it is an unsubstantiated conclusion of law.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff denies Defendant's third affirmative defense because it is an unsubstantiated conclusion of law.  Plaintiff took all steps required of her by Pennsylvania law.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff denies Defendant's fourth affirmative defense because it is an unsubstantiated conclusion of law.  Plaintiff acted with due care and was not negligent.

**FIFTH AFFIRMATIVE DEFENSE**

  Plaintiff denies Defendant's fifth affirmative defense because it is an unsubstantiated conclusion of law. Plaintiff acted with due care, was not negligent, did not expose herself to any known danger, and did not assume the risk of negligent conduct.

**SIXTH AFFIRMATIVE DEFENSE**

  Plaintiff denies Defendant's sixth affirmative defense because it is an unsubstantiated conclusion of law. Plaintiff acted with due care and was not negligent. Plaintiff acted with due care, was not negligent, did not expose herself to any known danger, and did not assume the risk of negligent conduct.

**SEVENTH AFFIRMATIVE DEFENSE**

  Plaintiff denies Defendant's seventh affirmative defense because it is an unsubstantiated conclusion of law.

**EIGHTH AFFIRMATIVE DEFENSE**

  Plaintiff denies Defendant's eighth affirmative defense because it is an unsubstantiated conclusion of law.

**NINTH AFFIRMATIVE DEFENSE**

  Plaintiff denies Defendant's ninth affirmative defense because it is an unsubstantiated conclusion of law.

**TENTH AFFIRMATIVE DEFENSE**

  Plaintiff denies Defendant's tenth affirmative defense because it is an unsubstantiated conclusion of law.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiff denies Defendant's eleventh affirmative defense because it is an unsubstantiated conclusion of law.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff denies Defendant's twelfth affirmative defense because it is an unsubstantiated conclusion of law.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff denies Defendant's thirteenth affirmative defense because it is an unsubstantiated conclusion of law.  Defendant has an affirmative duty under Pennsylvania law to inspect for hazards and warn business invitees and/or Plaintiff.

### FOURTEENTH AFFIRMATIVE DEFENSE

Plaintiff denies Defendant's fourteenth affirmative defense because it is an unsubstantiated conclusion of law.  Defendant has an affirmative duty under Pennsylvania law to inspect for hazards and warn business invitees and/or Plaintiff.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff denies Defendant's fifteenth affirmative defense because it is an unsubstantiated conclusion of law.  Defendant has an affirmative duty under Pennsylvania law to inspect for hazards and warn business invitees and/or Plaintiff.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff denies Defendant's sixteenth affirmative defense because it is an unsubstantiated conclusion of law.

**SEVENTEENTH AFFIRMATIVE DEFENSE**

Plaintiff denies Defendant's seventeenth affirmative defense because it is an unsubstantiated conclusion of law.

WHEREFORE, Plaintiff, Debra Belton, respectfully requests that this Honorable Court enter judgment in her favor, and against Defendant, on the causes of action alleged, including, but not limited to, compensatory damages in excess of $75,000, attorney's fees, costs of suit, exemplary damages, pre-judgment interest, post-judgment interest, and any other damages deemed proper by the Court.

**TOCZYDLOWSKI LAW OFFICE**

*William Aquilino*

**Joseph S. Toczydlowski Jr., Esquire**
Attorney Id. No. 77583
**William J. Aquilino, Esquire**
Attorney Id. No. 72743
723 N. Main Street
Archbald, PA  18403
Telephone: 570.876.3779
Bill@tozlawmail.com